Rochelle N. Belnap
The Arizona Credit Law Group, PLLC
700 E Baseline Rd. Ste C-3
Tempe, AZ 85283
State Bar No. 029172
Fax: (480) 907-7126
rochelle@azclg.com
Tel:  (480) 907-6088

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brett Stapleton and Monica Stapleton, husband and wife,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>U.S. Bank, N.A., a subsidiary of U.S. Bancorp, a Delaware corporation; Equifax Information Services, L.L.C.; and Experian Information Solutions, Inc., an Ohio corporation.<br>　　　　　　Defendants. | No: 2:14-cv-000123- DGC<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS, BRETT AND MONICA STAPLETON, AND DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.** |

　　　　Plaintiffs, Brett and Monica Stapleton ("Plaintiffs") and Defendant, Experian Information Solutions, Inc. ("Defendant") respectfully submit this Notice of Settlement, and inform the Court as follows:

1. Plaintiffs have reached an agreement with Defendant to resolve the claims against Defendant.
2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.
3. Accordingly, the Defendant will not be attending the settlement conference scheduled for December 16, 2014 or filing any dispositive motions in this case.

DATED: December 9, 2014

/s/ Rochelle N. Belnap
Rochelle N. Belnap
The Arizona Credit Law Group, PLLC

*Attorneys for Plaintiffs*


/s/ Alexandra Fries
Alexandra Fries
Jones Day

*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2014 this Notice of Settlement was served this day on Defendant's counsel of record using the Court's electronic filing system or ECF.

/s/ Rochelle N Belnap
Rochelle N Belnap
The Arizona Credit Law Group, PLLC
700 E Baseline Rd Suite C-3
Tempe, AZ 85283
(480) 907-6088
*Attorney for Plaintiffs*

Alexandra Fries
Jones Day
3161 Michelson Dr. Suite 800
Irvine, CA 92612
afries@jonesday.com
*Attorney for Defendant Experian Information Solutions, Inc.*

Jacob C. Jones
Snell & Wilmer, LLP
One Arizona Center
400 E. Van Buren Suite 1900
Phoenix, AZ 85004-2202
*Attorney for Defendant Equifax Information Services, LLC*

K. Ann Broussard
King & Spalding LLP
1180 Peachtree St. NE
Atlanta, GA 30309
abroussard@kslaw.com
*Attorney for Defendant Equifax Inc.*

Christopher B. Vynalek
Sarah R. Anchors
Quarles & Brady LLP
One Renaissance Square
2 N. Central Ave.
Phoenix, AZ 85004-2391
brad.vynalek@quarles.com
sanchors@quarles.com
*Attorneys for Defendant U.S. Bank NA*