# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brett Stapleton, et al., | No. CV14-0123 PHX DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| U.S. Bank, N.A., a subsidiary of U.S. Bancorp, a Delaware corporation, et al., | |
| Defendants. | |

The Court has been advised that this case has settled as to Defendant Equifax Information Services, LLC.

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice, as to Defendant Equifax Information Services, LLC, within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings as to Defendant Equifax Information Services, LLC.

**IT IS FURTHER ORDERED** denying all pending motions as moot as to Defendant Equifax Information Services, LLC.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this

matter, as to Defendant Equifax Information Services, LLC, on **January 12, 2015** without further leave of Court.

Dated this 12th day of December, 2014.

_____
David G. Campbell
United States District Judge