Rochelle N. Belnap
The Arizona Credit Law Group, PLLC
700 E Baseline Rd. Ste C-3
Tempe, AZ 85283
State Bar No. 029172
Fax: (480) 907-7126
rochelle@azclg.com
Tel:  (480) 907-6088

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Brett Stapleton and Monica Stapleton, husband and wife,<br>　　　　　Plaintiffs,<br>v.<br>U.S. Bank, N.A., a subsidiary of U.S. Bancorp, a Delaware corporation; Equifax Information Services, L.L.C.; and Experian Information Solutions, Inc., an Ohio corporation.<br>　　　　　Defendants. | No: 2:14-cv-000123- DGC<br><br>**JOINT STIPULATION TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC.** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

　　　　DATED: January 26, 2015


FOR THE PLAINTIFFS　　　　　　　　　FOR EXPERIAN INFORMATION
　　　　　　　　　　　　　　　　　　　　SOLUTIONS, INC.


/S/ Rochelle N. Belnap　　　　　　　　　/s/ Alexandra Fries
Rochelle N. Belnap　　　　　　　　　　　Alexandra Fries
The Arizona Credit Law Group, PLLC　　Jones Day

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2015 this Notice of Settlement was served this day on Defendant's counsel of record using the Court's electronic filing system or ECF.

/s/ Rochelle N Belnap
Rochelle N Belnap
The Arizona Credit Law Group, PLLC
700 E Baseline Rd Suite C-3
Tempe, AZ 85283
(480) 907-6088
*Attorney for Plaintiffs*

Alexandra Fries
Jones Day
3161 Michelson Dr. Suite 800
Irvine, CA 92612
afries@jonesday.com
*Attorney for Defendant Experian Information Solutions, Inc.*

Jacob C. Jones
Snell & Wilmer, LLP
One Arizona Center
400 E. Van Buren Suite 1900
Phoenix, AZ 85004-2202
*Attorney for Defendant Equifax Information Services, LLC*

K. Ann Broussard
King & Spalding LLP
1180 Peachtree St. NE
Atlanta, GA 30309
abroussard@kslaw.com
*Attorney for Defendant Equifax Inc.*

Christopher B. Vynalek
Sarah R. Anchors
Quarles & Brady LLP
One Renaissance Square
2 N. Central Ave.
Phoenix, AZ 85004-2391
brad.vynalek@quarles.com
sanchors@quarles.com
*Attorneys for Defendant U.S. Bank NA*