# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brett Stapleton and Monica Stapleton, husband and wife,<br><br>           Plaintiffs,<br>v.<br><br>U.S. Bank, N.A., a subsidiary of U.S. Bancorp, a Delaware corporation, et al.,<br><br>           Defendants. | No: CV14-00123- PHX DGC<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.** |

After considering the Parties' Joint Stipulation to Dismiss Experian Information Solutions, Inc. Doc. 65

**IT IS ORDERED** that the stipulation (Doc. 65) is **granted.** Defendant, Experian Information Solutions, Inc. is dismissed with prejudice.

Dated this 26th day of January, 2015.

_____
David G. Campbell
United States District Judge