**Quarles & Brady** LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

Counsel for Defendant U.S. Bank, N.A.

C. Bradley Vynalek (#020051)
brad.vynalek@quarles.com
Sarah R. Anchors (#025344)
sarah.anchors@quarles.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brett Stapleton and Monica Stapleton, husband and wife,<br><br>              Plaintiffs,<br><br>     vs.<br><br>U.S. Bank, N.A., a subsidiary of U.S. Bancorp, a Delaware corporation,<br><br>              Defendant. | NO. 2:14-cv-00123-DGC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs Brett and Monica Stapleton ("Plaintiffs") and Defendant U.S. Bank, N.A. ("U.S. Bank"), having settled this matter, hereby stipulate through undersigned counsel to dismissal of this action, with prejudice, each side to bear its own fees and costs. Plaintiffs and U.S. Bank request the Court, for good cause shown, execute the proposed order that is submitted herewith.

QB\31916731.1

RESPECTFULLY SUBMITTED this 27th day of February, 2015.

        THE ARIZONA CREDIT LAW GROUP, PLLC,
        700 E. Baseline Rd. Ste C-3
        Tempe, AZ 85283

        By */s/ Rochelle Belnap*
            Rochelle N. Belnap

        Attorneys for Plaintiffs

        QUARLES & BRADY LLP
        Renaissance One
        Two North Central Avenue
        Phoenix, AZ  85004-2391

        By */s/ C. Bradley Vynalek*
            C. Bradley Vynalek
            Sarah R. Anchors

        Attorneys for Defendant U.S. Bank, N.A.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

        */s/ Kim Simmons*