IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brett Stapleton and Monica Stapleton, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. Bank, N.A., a subsidiary of U.S. Bancorp, a Delaware corporation,<br><br>    Defendant. | NO. CV14-00123-PHX DGC<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of Plaintiffs and Defendant U.S. Bank, N.A. (Doc. 67), and good cause appearing therefor,

**IT IS ORDERED** that the stipulation (Doc. 67) is **granted.** This action is dismissed, with prejudice, with each side to bear its own fees and costs.

Dated this 27th day of February, 2015.

_____
David G. Campbell
United States District Judge